UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20957-CIV-MORENO

EDWARD MEDEIROS,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., MANDARA SPA
(HAWAII), LLC, and MANDARA SPA
(CRUISE II), LLC,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER GRANTING IN PART AND DENYING IN PART MOTIONS FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendant NCL's Motion for Summary Judgment **(D.E. 49)**, Defendant Mandara's Motion for Summary Judgment **(D.E. 50)**, and Plaintiff's Motion for Partial Summary Judgment on Claim of Apparent Agency **(D.E. 51)**, all filed on **August 15, 2019**.

The Magistrate Judge filed a Report and Recommendation **(D.E. 102)** on **March 5, 2020**. The Court has reviewed the entire file and record and notes that no objections were filed and the time for doing so has passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is also

**ADJUDGED** as follows:

(1) Defendant NCL's Motion for Summary Judgment **(D.E. 49)** is **GRANTED** as to Count 3, and **DENIED** as to Counts 1, 2, and 4;

(2) Defendant Mandara's Motion for Summary Judgment **(D.E. 50)** is **GRANTED** as to Count 7, and **DENIED** as to Counts 5 and 6; and

(3) Plaintiff's Motion for Partial Summary Judgment on Claim of Apparent Agency **(D.E. 51)** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 of March 2020.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record